**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  __7__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DMXKS, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1943647** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1720 W. Washington St.** <br> **Pasco, WA 99301** <br> Number, Street, City, State & ZIP Code | **2839 W. Kennewick Ave., PMB 337** <br> **Kennewick, WA 99336** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Franklin** <br> County | **Location of principal assets, if different from principal place of business** <br> **3300 E. A. St. Lot A Pasco, WA 99301** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **N/A**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

23-01500-WLH7    Doc 1    Filed 11/20/23    Entered 11/20/23 17:14:50    Pg 1 of 35

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

23-01500-WLH7    Doc 1    Filed 11/20/23    Entered 11/20/23 17:14:50    Pg 2 of 35

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | |
| District | When |
| Relationship | |
| Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

23-01500-WLH7    Doc 1    Filed 11/20/23    Entered 11/20/23 17:14:50    Pg 3 of 35

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

23-01500-WLH7    Doc 1    Filed 11/20/23    Entered 11/20/23 17:14:50    Pg 4 of 35

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 20, 2023**
              MM / DD / YYYY

**X** **/s/ Jose Carreon-Cervantes**
      Signature of authorized representative of debtor

**Jose Carreon-Cervantes**
Printed name

Title  **Managing-Member**

**18. Signature of attorney**

**X** **/s/ Patrick D. McBurney, Jr.**
      Signature of attorney for debtor

Date  **November 20, 2023**
       MM / DD / YYYY

**Patrick D. McBurney, Jr. 22497**
Printed name

**Patrick D. McBurney - Attorney At Law**
Firm name

**6855 W. Clearwater Ave., Suite A103**
**Kennewick, WA 99336**
Number, Street, City, State & ZIP Code

Contact phone  **(509) 374-8996**       Email address  **pdmcburney@gmail.com**

**22497 WA**
Bar number and State

Debtor name    **DMXKS, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 20, 2023**     X **/s/ Jose Carreon-Cervantes**
                                          Signature of individual signing on behalf of debtor

                                          **Jose Carreon-Cervantes**
                                          Printed name

                                            **Managing-Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **DMXKS, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................. $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $ _____ **84,600.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $ _____ **84,600.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ _____ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ **180,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **1,802,087.39**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

$ **1,982,087.39**

**Fill in this information to identify the case:**

Debtor name    **DMXKS, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** **4 Filing Cabinets** | $0.00 | | $200.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | $200.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Semi-tractor - 2013 Freightliner Cascadia** | $0.00 | | $14,000.00 |
| 47.2. **Semi-tractor - 2016 International Prostar** | $0.00 | | $25,000.00 |
| 47.3. **Semi-tractor - 2014 International Eagle** | $0.00 | | $25,000.00 |
| 47.4. **Semi-tractor - 2015 International Prostar** | $0.00 | | $20,000.00 |

23-01500-WLH7   Doc 1   Filed 11/20/23   Entered 11/20/23 17:14:50   Pg 9 of 35

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **4 Pallet Jacks**                          $0.00                              $400.00

51. **Total of Part 8.**                                                    | $84,400.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $84,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $84,600.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $84,600.00 |

**Fill in this information to identify the case:**

Debtor name   **DMXKS, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name **DMXKS, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$180,000.00** | **Unknown** |

**Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 and other tax debts**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$774.80** |

**Basin Disposal
2021 N Commercial Ave
Pasco, WA 99301**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Waste Disposal**

Is the claim subject to offset? ■ No ☐ Yes

|  |  | Amount of claim |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | **$289.03** |

**City of Pasco
525 N. 3rd Ave
Pasco, WA 99301**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/23/2022**

Last 4 digits of account number **2804**

Basis for the claim:  **Utilities - Water**

Is the claim subject to offset? ■ No ☐ Yes

23-01500-WLH7    Doc 1    Filed 11/20/23    Entered 11/20/23 17:14:50    Pg 13 of 35

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$88,891.97** |
|---|---|---|---|
| | **Connell Oil**<br>**1015 N. Oregon Ave.**<br>**Pasco, WA 99301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Fuel__ | |
| | Last 4 digits of account number __0777__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,031.15** |
|---|---|---|---|
| | **Corpoate Business Solutions, Inc.**<br>**1910 Thomes Ave.**<br>**Cheyenne, WY 82001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Buiness Consultation Services__ | |
| | Last 4 digits of account number __DMXKS LLC__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170,446.60** |
|---|---|---|---|
| | **Cross River Bank**<br>**885 Teaneck**<br>**Teaneck, NJ 07666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __4/30/2020__ | **Basis for the claim:** __PPP Loan 1__ | |
| | Last 4 digits of account number __5307__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$134,540.00** |
|---|---|---|---|
| | **Cross River Bank**<br>**885 Teaneck**<br>**Teaneck, NJ 07666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __9/30/2021__ | **Basis for the claim:** __PPP Loan 2__ | |
| | Last 4 digits of account number __8703__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$685.60** |
|---|---|---|---|
| | **E-470 Public Highway Athority**<br>**PO Box 5470**<br>**Denver, CO 80217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2/8/2023__ | **Basis for the claim:** __2022 Tolls State of Colorado__ | |
| | Last 4 digits of account number __1477__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$620.60** |
|---|---|---|---|
| | **E-470 Public Highway Athority**<br>**PO Box 5470**<br>**Denver, CO 80217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/9/2022__ | **Basis for the claim:** __2022 Tolls - State of Colorado__ | |
| | Last 4 digits of account number __3518__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.60** |
|---|---|---|---|
| | **E-470 Public Highway Athority**<br>**PO Box 5470**<br>**Denver, CO 80217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/14/2022__ | **Basis for the claim:** __2022 Tolls - State of Colorado__ | |
| | Last 4 digits of account number __8111__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $821.96 |
|---|---|---|---|

**3.10** Nonpriority creditor's name and mailing address
**Franklin County PUD**
**PO Box 2407**
**Pasco, WA 99301-2407**

Date(s) debt was incurred  **02022023**

Last 4 digits of account number  **4404**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$821.96

---

**3.11** Nonpriority creditor's name and mailing address
**GESA Credit Union**
**PO Box 500**
**Richland, WA 99352-0500**

Date(s) debt was incurred  **3/1/2023**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overdrawn Checking Accounts**

Is the claim subject to offset? ■ No ☐ Yes

$684.39

---

**3.12** Nonpriority creditor's name and mailing address
**Jackson Group Pac Lease**
**1910 S 5500 W, Salt Lake City, UT 8**
**Salt Lake City, UT 84104**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **2075**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Truck Rentals**

Is the claim subject to offset? ☐ No ☐ Yes

$30,367.75

---

**3.13** Nonpriority creditor's name and mailing address
**Jackson Group Paclease**
**1910 S 5500 W**
**Salt Lake City, UT 84104**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **9444**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arrears on returned trailers**

Is the claim subject to offset? ■ No ☐ Yes

$28,000.00

---

**3.14** Nonpriority creditor's name and mailing address
**Liberty Mutual Insurance**
**PO Box 85830**
**San Diego, CA 92186**

Date(s) debt was incurred  **01-30-23**

Last 4 digits of account number  **6620**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Premium**

Is the claim subject to offset? ■ No ☐ Yes

$81.58

---

**3.15** Nonpriority creditor's name and mailing address
**Lourdes Occupational Health**
**9915 Sandifur Parkway**
**Pasco, WA 99301**

Date(s) debt was incurred  **11-2-2022**

Last 4 digits of account number  **DMKS LLC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Drug Tests and DOT Physicals**

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.16** Nonpriority creditor's name and mailing address
**Office Disaster Assistance**
**Smaill Business Administration**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**

Date(s) debt was incurred  **1/3/2022**

Last 4 digits of account number  **8107**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EIDL Loan**

Is the claim subject to offset? ■ No ☐ Yes

$542,354.40

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37,289.46 |
|---|---|---|---|

**Oregon Department of Transportation**
**455 Airport Rd. SE, Bldg A**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2022

Basis for the claim:  Milage Taxes for State of Oregon

Last 4 digits of account number  7641

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oregon Department of Transportation**
**455 Airport Rd. SE, Bldg A**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Mileage Tax

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $636,226.83 |
|---|---|---|---|

**Penske Truck Leasing Co., L.P.**
**2675 Morgantown Rd,**
**Reading, PA 19607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Truck Leasing
FCSC NO. 21-2-50422-11 Judgement entered 9/23/2022

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,023.64 |
|---|---|---|---|

**Pilot Flying J**
**5508 Lonas Dr Building 2**
**Knoxville, TN 37909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Fleet Fuel Account

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,493.27 |
|---|---|---|---|

**Progressive Casualty Insurance**
**Corporate Headquarters**
**6300 Wilson Mills Rd.**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  8786

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,919.53 |
|---|---|---|---|

**Verizaon Connect**
**5055 Northpoint Parkway**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2022

Basis for the claim:  Equipment Lease - Electronic Login Devices for
Tractor-Trailers

Last 4 digits of account number  3006

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,296.32 |
|---|---|---|---|

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2023

Basis for the claim:  Cell Phone Services

Last 4 digits of account number  1771

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,864.77 |
|---|---|---|---|

**3.24** Nonpriority creditor's name and mailing address

Washington State (L&I)
Dept. of Labor & Industries
PO Box 44171
Olympia, WA 98504-4171

Date(s) debt was incurred __

Last 4 digits of account number __237,5701__

As of the petition filing date, the claim is: Check all that apply.   **$15,864.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Industrial Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Washington State Unemployment
P.O Box 9046
Olympia, WA 98507

Date(s) debt was incurred __02/21/2023__

Last 4 digits of account number __2000__

As of the petition filing date, the claim is: Check all that apply.   **$25,498.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unemployment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

XTRA Lease, LLC
1106 14th Ave. Ct E
Sumner, WA 98390

Date(s) debt was incurred __11/7/2022__

Last 4 digits of account number __1751__

As of the petition filing date, the claim is: Check all that apply.   **$41,309.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trailer Rental__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order** any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Altus Recievables Mangement<br>2121 Airline Dr., Suite 520<br>Metairie, LA 70002 | Line __3.20__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Amto & Keating, PC<br>107 N. Commerce Way<br>Suite 100<br>Bethlehem, PA 18017 | Line __3.26__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Caine & Weiner<br>338 Harris Hill Road #206<br>Buffalo, NY 14221 | Line __3.21__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Cohn & Dussi, LLC<br>Attorneys At Law<br>68 Harrison Ave, Suite 502<br>Boston, MA 02111 | Line __3.12__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Evergreen Financial<br>PO Box 9073<br>Yakima, WA 98909-9073 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Law Office o Benjamin E. Kelley PS<br>9218 Roosevelt Way NE<br>Seattle, WA 98115 | Line __3.19__<br>☐ Not listed. Explain ____ | _ |

23-01500-WLH7    Doc 1    Filed 11/20/23    Entered 11/20/23 17:14:50    Pg 17 of 35

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7 **Linebarger Goggan Blair, et al LLP**<br>**Attorneys at Law**<br>**11001 W. 120th Ave., Suite 215**<br>**Broomfield, CO 80021-2927** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **U.S. Small Business Administration**<br>**2401 4th Ave.**<br>**Seattle, WA 98121** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Washington State Attorney General**<br>**Bankruptcy and Collections**<br>**800 Fifth Avenue, Suite 2000**<br>**Seattle, WA 98104** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Washington State Attorney General**<br>**Bankruptcy and Collections**<br>**800 Fifth Avenue, Suite 2000**<br>**Seattle, WA 98104** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Zak Law, LLC**<br>**3850 N. Wilke, Rd**<br>**Arlington Heights, IL 60004** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 180,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,802,087.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,982,087.39 |

Fill in this information to identify the case:

Debtor name **DMXKS, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jose Carreon-Cervantes** | **3307 W. 46th Ave Kennewick, WA 99337** | **Connell Oil** | ☐ D _____<br>■ E/F __**3.3**__<br>☐ G _____ |

Debtor name **DMXKS, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | For prior year: From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$797,266.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **IN THE MATTER OF THE ASSESSMENT OF WORKERS' COMPENSATION TAXES AGAINST: JOSE CERVANTES CARREON AND THE MARTIAL COMMUNITY COMPOSED THEREOF No. 0475530** | **NOTICE AND ORDER TO WITHHOLD AND DELIVER (CONTINUING LEVY)** | **DEPARTMENT OF LABOR & INDUSTRIES 519 Grant Road East Wenatchee, WA 98802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Patrick D. McBurney - Attorney At Law**<br>**6855 W. Clearwater Ave., Suite A103**<br>**Kennewick, WA 99336** | **Attorney Fees** | **8/2022** | **$3,500.00** |
| **Email or website address**<br>**pdmcburney@gmail.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **1720 W. Washington St. Pasco, WA 99301** | **4/2019 - 6/2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **GESA Credit Union**<br>**PO Box 500**<br>**Richland, WA 99352-0500** | **XXXX-4409** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2022** | **$0.00** |
| 18.2. | **GESA Credit Union**<br>**PO Box 500**<br>**Richland, WA 99352-0500** | **XXXX-5356** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2022** | **$0.00** |
| 18.3. | **GESA Credit Union**<br>**PO Box 500**<br>**Richland, WA 99352-0500** | **XXXX-7337** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2022** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **GESA Credit Union**<br>**PO Box 500**<br>**Richland, WA 99352-0500** | **XXXX-8376** | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | **8/.2022** | **$0.00** |
| 18.5. | **GESA Credit Union**<br>**PO Box 500**<br>**Richland, WA 99352-0500** | **XXXX-5348** | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | **8/2022** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **AVS Transportation**<br>**3300 E. A St., Lot A**<br>**Pasco, WA 99301** | **The managing member of the debtor arranged after surrending the premises of the business back to land lord to Store the Semi-Tractor's at this location at a cost of $240.00 a month. The debtor attempted to market and sell these vehicles with little sucess** | **See Schedule B List of Vehicles.** | □ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

23-01500-WLH7    Doc 1    Filed 11/20/23    Entered 11/20/23 17:14:50    Pg 25 of 35

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Leonaor Panduro**<br>**Accounting & Management Solutions, Inc.**<br>**1500 W. Court Street**<br>**Pasco, WA 99301** | **2019 - 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

23-01500-WLH7     Doc 1     Filed 11/20/23     Entered 11/20/23 17:14:50     Pg 26 of 35

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Leonor Panduro**<br>**Accounting & Management Solutions, Inc.**<br>**Pasco, WA 99301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Cross River Bank**<br>**885 Teaneck**<br>**Teaneck, NJ 07666** |
| 26d.2.    **Small Business Administration**<br>**10737 Gateway West Suite 300**<br>**El Paso, TX 79935** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jose Carreon-Cervantes** | **3307 W. 46th Ave.**<br>**Kennewick, WA 99337** | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dayra Carreon** | **3307 W. 46th Ave.**<br>**Kennewick, WA 99337** | **Co-Governor** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 20, 2023_____

__/s/ Jose Carreon-Cervantes_____          __Jose Carreon-Cervantes_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor __Managing-Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re __DMXKS, LLC_____  Case No. _____

Debtor(s)  Chapter  __7_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................  $ _____ **3,500.00**

Prior to the filing of this statement I have received ................  $ _____ **3,500.00**

Balance Due ...................................................................  $ _____ **0.00**

2.  The source of the compensation paid to me was:

■ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor  ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__November 20, 2023_____  __/s/ Patrick D. McBurney, Jr._____
*Date*  **Patrick D. McBurney, Jr. 22497**
*Signature of Attorney*
**Patrick D. McBurney - Attorney At Law**
**6855 W. Clearwater Ave., Suite A103**
**Kennewick, WA 99336**
**(509) 374-8996  Fax: (509) 374-1296**
**pdmcburney@gmail.com**
*Name of law firm*

---

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   **DMXKS, LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing-Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 20, 2023**

**/s/ Jose Carreon-Cervantes**

**Jose Carreon-Cervantes**/Managing-Member
Signer/Title

```
DMXKS, LLC
2839 W. Kennewick Ave., PMB 337
Kennewick, WA 99336


Patrick D. McBurney, Jr.
Patrick D. McBurney - Attorney At Law
6855 W. Clearwater Ave., Suite A103
Kennewick, WA 99336


Altus Recievables Mangement
2121 Airline Dr., Suite 520
Metairie, LA 70002


Amto & Keating, PC
107 N. Commerce Way
Suite 100
Bethlehem, PA 18017


Basin Disposal
2021 N Commercial Ave
Pasco, WA 99301


Caine & Weiner
338 Harris Hill Road #206
Buffalo, NY 14221


City of Pasco
525 N. 3rd Ave
Pasco, WA 99301


Cohn & Dussi, LLC
Attorneys At Law
68 Harrison Ave, Suite 502
Boston, MA 02111


Connell Oil
1015 N. Oregon Ave.
Pasco, WA 99301
```

Corpoate Business Solutions, Inc.
1910 Thomes Ave.
Cheyenne, WY 82001


Cross River Bank
885 Teaneck
Teaneck, NJ 07666


E-470 Public Highway Athority
PO Box 5470
Denver, CO 80217


Evergreen Financial
PO Box 9073
Yakima, WA 98909-9073


Franklin County PUD
PO Box 2407
Pasco, WA 99301-2407


GESA Credit Union
PO Box 500
Richland, WA 99352-0500


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jackson Group Pac Lease
1910 S 5500 W, Salt Lake City, UT 8
Salt Lake City, UT 84104


Jackson Group Paclease
1910 S 5500 W
Salt Lake City, UT 84104

Jose Carreon-Cervantes
3307 W. 46th Ave
Kennewick, WA 99337


Law Office o Benjamin E. Kelley PS
9218 Roosevelt Way NE
Seattle, WA 98115


Liberty Mutual Insurance
PO Box 85830
San Diego, CA 92186


Linebarger Goggan Blair, et al LLP
Attorneys at Law
11001 W. 120th Ave., Suite 215
Broomfield, CO 80021-2927


Lourdes Occupational Health
9915 Sandifur Parkway
Pasco, WA 99301


Office Disaster Assistance
Smaill Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


Oregon Department of Transportation
455 Airport Rd. SE, Bldg A
Salem, OR 97301


Penske Truck Leasing Co., L.P.
2675 Morgantown Rd,
Reading, PA 19607


Pilot Flying J
5508 Lonas Dr Building 2
Knoxville, TN 37909

Progressive Casualty Insurance
Corporate Headquarters
6300 Wilson Mills Rd.
Cleveland, OH 44143


U.S. Small Business Administration
2401 4th Ave.
Seattle, WA 98121


Verizaon Connect
5055 Northpoint Parkway
Alpharetta, GA 30022


Verizon
PO Box 660108
Dallas, TX 75266-0108


Washington State (L&I)
Dept. of Labor & Industries
PO Box 44171
Olympia, WA 98504-4171


WashIngton State Attorney General
Bankruptcy and Collections
800 Fifth Avenue, Suite 2000
Seattle, WA 98104


Washington State Unemployment
P.O Box 9046
Olympia, WA 98507


XTRA Lease, LLC
1106 14th Ave. Ct E
Sumner, WA 98390


Zak Law, LLC
3850 N. WIlke, Rd
Arlington Heights, IL 60004

# United States Bankruptcy Court
### Eastern District of Washington

In re **DMXKS, LLC**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **DMXKS, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 20, 2023**

Date

**/s/ Patrick D. McBurney, Jr.**

**Patrick D. McBurney, Jr. 22497**

Signature of Attorney or Litigant
Counsel for **DMXKS, LLC**

**Patrick D. McBurney - Attorney At Law**
**6855 W. Clearwater Ave., Suite A103**
**Kennewick, WA 99336**
**(509) 374-8996 Fax:(509) 374-1296**
**pdmcburney@gmail.com**